**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Central District of California

Case number (if known): _____    Chapter 7

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | SBL, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | Global Sanitizers Global Canabinoids | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 5 – 2 5 6 8 9 6 6 | |
| **4. Debtor's address** | **Principal place of business** 28632 Roadside Drive Number    Street Agoura Hills, CA 91301 City        State    ZIP Code Los Angeles County | **Mailing address, if different from principal place of business** _____ Number    Street _____ City        State    ZIP Code **Location of principal assets, if different from principal place of business** _____ Number    Street _____ City        State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor    SBL, LLC _____    Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>❏ Chapter 9<br>❏ Chapter 11. *Check **all** that apply:*<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____ When _____ Case number _____<br>                                      MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                      MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____ Relationship _____<br>       District _____ When _____<br>                                           MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    SBL, LLC _____    Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City                    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    SBL, LLC
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/30/24
MM/ DD/ YYYY

X /s/ Ronald J. Lewis
Signature of authorized representative of debtor

Printed name: Ronald J. Lewis

Title    Managing Member

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  JAN 3 0 2024
MM/ DD/ YYYY

Jenny L. Doling, Esq.
Printed name

J. DOLING LAW, PC
Firm name

36-915 Cook Street Ste 101
Number    Street

Palm Desert                                CA           92211
City                                       State        ZIP Code

(760) 884-4444                             jd@jdl.law
Contact phone                              Email address

#207033                                    CA
Bar number                                 State

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Agoura Hills_____, California

Date: _1-29-24_

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jenny L. Doling, Esq.<br>Bar Number: #207033<br>J. DOLING LAW, PC<br>36-915 Cook Street Ste 101<br>Palm Desert, CA 92211<br>Phone: (760) 884-4444<br>Fax: (760) 341-3022<br>Email: jd@jdl.law<br><br>☑ *Attorney for:* SBL, LLC | / |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>SBL, LLC<br><br>Debtor(s).<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.: _____<br>ADVERSARY NO.: _____<br>CHAPTER: 7 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO RBP 1007(A)(1) AND 7007.1, AND LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____Ronald J. Lewis_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   ☑ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 1-29-24    By: _____
                      Signature of Debtor, or attorney for Debtor

                 Name:      Ronald J. Lewis
                      Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 2                              F 1007-4.CORP.OWNERSHIP.STMT

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Jenny L. Doling, Esq.<br>Bar Number: #207033<br>J. DOLING LAW, PC<br>36-915 Cook Street Ste 101<br>Palm Desert, CA 92211<br>Phone: (760) 884-4444<br>Fax: (760) 341-3022<br>Email: jd@jdl.law<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

### United States Bankruptcy Court
### Central District of California - Los Angeles Division

| In re:<br>SBL, LLC | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 1-29-24

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

Account Temps
4999 Louise Drive Suite 300
Mechanicsburg, PA 17055

Admay Consulting, LLC
8914 Oreana Peak Court
Las Vegas, NV 89148

Aldrich Law Firm, Ltd
Attn: John P. Aldrich, Esq.
7866 West Sahara Boulevard
Las Vegas, NV 89117

Aloe Laboratories
5821 East Harrison Avenue
Harlingen, TX 78550

American Nutritional
Corporation, Inc.
3150 Sunrise Avenue
Las Vegas, NV 89101

AML Associates dba Hygenize
Attn; Janelle Boumel
6000 Temple Hill Drive
Los Angeles, CA 90068

AmPak Chemicals, Inc.
Attn: Off, Dir, or Mngng Agt
849 Sandchill Avenue
Carson, CA 90746

AP Express Logistics, LLC
5301 Rivergrade Road
Baldwin Park, CA 91706

APT General Engineering, Inc.
Attn: Off, Dir, or Mngng Agt
PO Box 2124
Bakersfield, CA 93305

APT General Engineering, Inc.
Attn: Agent for Service of Process
2118 Cedar Street
Bakersfield, CA 93301

Armstrong Teasdale, LLP
4643 S. Ulster Street Suite 800
Denver, CO 80237

Artisan Vapors, LLC
2100 Regency Drive
Irving, TX 75062

Ball, Santin & McLeran, PLC
1975 Village Center Circle Suite 140
Las Vegas, NV 89134

Blue Sky Ethanol aka Sirona Fuels, Inc.
1 Market Tower #3600
San Francisco, CA 94105

Bourland Wall & Wenzel
301 Commerce Street Suite 2500
Fort Worth, TX 76102

Bourland Wall & Wenzel
Attn: Jay B. Newton, Esq.
301 Commerce Street Suite 2500
Fort Worth, TX 76102

Brian Keith Berman
721 Gass Avenue
Las Vegas, NV 89101


Bullseye Operations and Management
6631 Schuster Street
Las Vegas, NV 89118


CA Dept of Tax and Fee Admin*
Acct Info Group, MIC:29
PO Box 942879
Sacramento, CA 94279


Canalysis NV, LLC
2952 West Meade Avenue
Las Vegas, NV 89102


Chase Bank, N.A.
PO Box 4495
Indianapolis, IN 46244


Clark Hill LLP
1700 Pavillion Center Drive Suite 500
Las Vegas, NV 89135


Clark Hill, LLP
500 Woodward Avenue Suite 3500
Columbus, OH 43226


Clear Channel Outdoor
7370 Dean Martin Drive
Las Vegas, NV 89139

CNP Operating LLC
12742 E. Caley Avenue
Englewood, CO 80111

Cohen & McMullen, PA
1132 SE 3rd Avenue
Fort Lauderdale, FL 33316

Container and Packaging
1345 East State Street
Eagle, ID 83616

Cox Business
1700 Vegas Drive
Las Vegas, NV 89106

Employment Development
Department
Bankruptcy Group MIC92E
PO Box 826880
Sacramento, CA 94280

Endura Mfg., LLC
45 E. 600 N.
Mapleton, UT 84664

Energy Transport, Inc.
18780 S. Central Avenue
Carson, CA 90746

ePay Pac Miami, LLC
19495 Biscayne Boulevard #409
Miami, FL 33180

Face and Body, LLC
500 Westshore Plaza Suite 605
Tampa, FL 33609

FedEx Corporation
Attn: Off, Dir, or Mngng Agt
942 South Shady Grove Road
Memphis, TN 38120

FedEx Corporation
Attn: Agent for Service of Process
330 N, Brand Boulevard Suite 700
Glendale, CA 91203

FH Packaging, LLC/Wolfgang Ent.
Attn: Off, Dir or Mngng Agt
13977 The Merge Street Unit B
Eastvale, CA 92880

Fortis Law Partners
1900 Wazee Street Suite 300
Denver, CO 80202

Friedman & Fieger
Attn: Kyle A. Coker
5301 Spring Valley Road Suite 200
Dallas, TX 75254

Full Velocity
1900 Wazee Street #300
Denver, CO 80202

Ganja LLC dba Hydro Las Vegas
4440 South Arville Street
Las Vegas, NV 89103

Golden Empire Welding and Fabrication
Attn: Christopher Cary
305 N. Trailwood Road
Payson, AZ 85541

Gordo Sales, Inc.
2262 E. 2150 N.
Layton, UT 84040

Green Scientific Labs
40021 SW 47th Avenue Suite 208
Fort Lauderdale, FL 33314

Greenspun Media
2275 Corporate Circle Suite 300
Henderson, NV 89074

Hand & Sullivan
Attn: George Hand
3442 N. Buffalo Drive
Las Vegas, NV 89129

Henry Baskerville
Fortis Law Group
1900 Wazee Street Suite 300
Denver, CO 80208

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Accounts Receivable
PO Box 412086
Kansas City, MO 64141-2086

JPMorgan Chase Bank, N.A.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard Suite 700
Glendale, CA 91203

JPMorgan Chase Bank, N.A.*
Attn: Off, Dir or Managing Agent
1111 Polaris Parkway
Columbus, OH 43240

JTR Property Solutions, LLC
594 Turner Warnell Road
Mansfield, TX 76063

Kirkorian Enterprises, LLC as Agent for
JMK Limited Partnership
290 Los Gatos-Saratoga Road
Los Gatos, CA 95030

Kyle A. Coker
17304 Preston Road Suite 300
Dallas, TX 75252

LaCore Nutraceuticals, Inc.
1801 South Industrial Park
Van Alstyne, TX 75495

Lamar Central Outdoor LLC
Attn: Off, Dir or Managing Agent
5321 Corporate Boulevard
Baton Rouge, LA 70808

Lamar Central Outdoor, LLC
1863 Helm Drive
Las Vegas, NV 89119

Las Vegas Weekly
2275 Corporate Circle Suite 300, Third Fl
Henderson, NV 89074

Lewis Roca Rothgerber
Christie LLP
Attn: Abby C. Harder
1601 19th Street Suite 1000
Denver, CO 80202

Mark S. Karris
501 S. Rancho Drive Suite I-62
Las Vegas, NV 89106

Mark Zitman
Mark Zitman Revocable Trust
551 West 21st Street PH C
New York, NY 10011

Maureen Duffy Lewis
2349 Crombie Court
Thousand Oaks, CA 91361

Maureen Duffy-Lewis
2349 Crombie Court
Thousand Oaks, CA 91361

MD Brands, LLC
6500 Quad Avenue F
Baltimore, MD 21205

Microconsult, Inc.
3218 Commander Drive #100
Carrollton, TX 75006

MNP, LLP
Ottawa - Hinton
7 Hinton Avenue North Suite 100
Ottawa-On K1Y4P1

Naturally Infused, LLC
6813 State Road 54
New Port Richey, FL 34653-6019

NV Cann Labs
6631 Schuster Street
Las Vegas, NV 89118

Old Dominion Freight Lines, LLC
500 Old Dominion Way
Thomasville, NC 27360

Orbytel Print and Packaging
4901 Johnson Parkway
Cleveland, OH 44125

Pride Line Carriers, Inc.
10711 San Acacio Street
Bakersfield, CA 93311

Priority Software US, LLC
41 Watchung Plaza #518
Montclair, NJ 07042

Rao & Stevanovic
8129 Main Street
Ellicott City, MD 21043

Raw Life Organics, LLC
5224 South State Road 7
Fort Lauderdale, FL 33314

Republic Services
770 E. Sahara Avenue
Las Vegas, NV 89104

Rubenstein Public Relations, Inc.
1301 6th Avenue
New York, NY 10019

Ryan Lewis
175 E. Warm Springs Road
Las Vegas, NV 89119

Ryder Truck Rentals
11690 NW 105th Street
Miami, FL 33178

Sante Laboratories, LLC
8201 East Riverside Drive Suite 650
Austin, TX 78744

SKS Bottle and Packaging, Inc.
10 Skyward Drive
Saratoga Springs, NY 12866

Source 4 Industries
4436 Lawrence Street
North Las Vegas, NV 89081

Start Up Systems
Attn: Trevor Mesnik
300 South 4th Street #180
Las Vegas, NV 89101

State of California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Sterry LLC
c/o Sun Property Management
6140 Brent Thurman Way Suite 140
Las Vegas, NV 89148

Summit Trading, Inc.
3565 Maple Court
Oceanside, NY 11572

THH, LLC
1720 Windward Concourse Suite 100
Alpharetta, GA 30005

Totally Quality Logistics
777 North Rainbow Road Suite 170
Las Vegas, NV 89107

Trenam
200 Central Avenue No. 1600
Saint Petersburg, FL 33701

Tucker Ellis LLP
Attn: Daniel A. Messeloff
950 Main Avenue Suite 1100
Cleveland, OH 44113

Uline
Attn: Off, DIr, or Mngng Agt
12575 Uline Drive
Pleasant Prairie, WI 53158


UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328


Vapetasia
3990 W. Russell Road Suite 8
Las Vegas, NV 89118-2303


Vincent Gaglione
88 Honors Course Drive
Las Vegas, NV 89148


Western Elite
2745 North Nellis Boulevard
Las Vegas, NV 89115


Westpac Packaging, Inc.
10350 Base Line Road
Rancho Cucamonga, CA 91701


World Pack USA
2880 North Lamb Boulevard
Las Vegas, NV 89115


Worldwide Express
PO Box 733360
Dallas, TX 75373